Case 2:16-cr-00215-PA   Document 212   Filed 06/13/25   Page 1 of 1   Page ID #:1692

FILED
CLERK, U.S. DISTRICT COURT
6/13/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ____kss____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**TO:** Clerk, United States District Court

Attention: Kamilla Sali-Suleyman Kogosov      Date: June 12, 2025
           Deputy Clerk

**SUBJECT:** <u>REQUEST FOR CALENDAR DATE</u>

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| Michael Mirando | 2:16-CR-00215-PA-1 | 79980-065 |

| DATE IN LOCAL CUSTODY: N/A | DEFENSE ATTORNEY* JOSHUA D. WEISS<br>TELEPHONE NO.: 213-894-3287 |
|---|---|

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on _____, at _____. A citation will be issued to the offender

Interpreter Needed?  ☐ Yes   ☒ No     Language Type: _____

SHAMECE SMALL, 310-431-1163                         REGINALD BROWN, 310-215-2391
U. S. PROBATION OFFICER                             SUPERVISING PROBATION OFFICER

**FAX NO.**

*Routing of Request:*   Orig. To Clerk's Office     *Copies to:*   U. S. Attorney (Chief, Criminal Division)
                                                                  Federal Public Defender (Chief Deputy)

---

## FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable Percy Anderson, United States District Judge on __6/16/2025__ at __1:30__ a.m./p.m. in Courtroom No. __9A__.

CLERK, U. S. DISTRICT COURT

Date  6/13/2025                                By   /s/ K. Sali-Suleyman
                                                          Deputy Clerk

*Routing on Notice by Clerk:*   Original -   Court File                                              [X]
                                cc:          U. S. Probation & Pretrial Services Office              [X]
                                             U. S. Attorney, Attn: Chief, Criminal Division          [X]
                                             Defense Attorney                                        [X]
                                             Federal Public Defender, Attn: Chief Deputy             [X]
                                             U. S. Marshal (Warrant Cases only)                      ☐
                                             Interpreter Section, Clerk's Office (When needed)       ☐